ADOLPH MANDEL, Appellant, v. CHARLES C. TRAUGUT, Respondent.— Action to recover damages for personal injuries sustained by reason of a collision between a car operated by plaintiff and the car of the defendant. From an order denying plaintiff's motion to strike out the defendant's answer and for an assessment of damages the plaintiff appeals. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

FRANK PALLE, Appellant, v. BOHEMIAN CITIZENS BENEVOLENT SOCIETY OF ASTORIA, INC., a Membership Corporation, Respondent.— Action for damages for personal injuries sustained as a consequence of plaintiff's fall, due to the collapse of a ladder furnished by the defendant for use in connection with decorating a hall rented by the defendant to a club, of which plaintiff was a member. The fall occurred while plaintiff, as a member of a committee which was directed to hang the decorations, was hanging decorations in the hall. Judgment dismissing the complaint at the close of plaintiff's case reversed on the law and a new trial granted, with costs to abide the event. The plaintiff made out a *prima facie* case. The defendant, through its manager, agreed to and did furnish ladders to be used by the committee while decorating the hall. The only ladders furnished were those on the stage and were so placed as to warrant an inference, in view of the conversation with the manager, that they were the ladders that were to be used. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALVIN J. DOOLEY, True Name ALVIN JOSEPH DOOLEY, Appellant.— Judgment of the County Court of Nassau County convicting defendant of the crime of manslaughter in the first degree, in so far as appealed from, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB LEVINE, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Richmond [County of Richmond], convicting the defendant of violating section 1302-b of the Penal Law (neglect or refusal to return deposit of money for faithful performance of contract of employment), unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHECTMAN, Appellant.— Appeal from a judgment of the County Court of Kings County, convicting the defendant of the crime of robbery in the first degree and sentencing him to fifteen to thirty years in Sing Sing Prison, together with an additional term of five to ten years because the defendant was armed with a gun at the time of the commission of the crime. Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE VERNELLI, Appellant.— Judgment of the Court of Special Sessions of the City of New York Borough of Brooklyn [County of Kings], convicting the defendant of the crime of indecent exposure (Penal Law, § 1140) and sentencing him to a term of imprisonment in the City Prison for sixty days or to pay a fine of $200, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.